# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

Stephen J. Markman,
Chief Justice

156926

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

           SC:  156926
           COA:  337933
           Oakland CC:  2017-261675-FH

NICHOLAS LOUIS STAPELS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 24, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0509

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



Clerk